IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC MURRAY, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CASE NO. 2:12-cv-710-WHA |
| UNITED STATES OF AMERICA, | ) ) (WO) |
| Respondent. | ) ) |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #12), entered on September 15, 2014, and after a review of the file, it is hereby ORDERED as follows:

1. The court ADOPTS the Recommendation of the Magistrate Judge.

2. This 28 U.S.C. § 2255 motion is DENIED, and this case is DISMISSED with prejudice.

DONE this 8th day of October, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE