IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC MURRAY,            ) | |
| ) | |
| Petitioner,          ) | |
| ) | |
| vs.                                                  ) | CASE NO. 2:12-cv-710-WHA |
| ) | |
| UNITED STATES OF AMERICA,    ) | (WO) |
| ) | |
| Respondent.       ) | |

## **FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Judgment is entered in favor of the United States of America and against the Petitioner, Cedric Murray, and this case is DISMISSED with prejudice.

DONE this 8th day of October, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE